# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| FRANK LORD, | ) | CASE NO. 1:17-cv-01739-DCN |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| KISLING, NESTICO & REDICK, LLC, ET AL., | ) | **DEFENDANT KISLING, NESTICO & REDICK, LLC'S MOTION TO STAY PROCEEDINGS** |
| | ) | |
| Defendants. | ) | |

Defendant Kisling, Nestico & Redick, LLC ("KNR"), moves to stay this action pending the decision from the United States Court of Appeals for the D.C. Circuit in *ACA Int'l v. FCC*, No. 15-1211 (D.C. Cir.) ("*ACA Int'l*"). Based on the allegations in Plaintiff's Class Action Complaint (Doc. 1), the issues to be decided in *ACA Int'l* will likely be outcome-determinative in this litigation. Every single factor considered by courts in this Circuit in deciding whether to stay a case weigh heavily in favor of granting KNR's instant motion. Accordingly, KNR requests that this Court stay this case pending the decision in *ACA Int'l*.

A Memorandum in Support is attached.

                                                    Respectfully submitted,

                                                    *s/ David M. Krueger*
                                                    DAVID M. KRUEGER (0085072)
                                                    ANTHONY C. SALLAH (0092603)
                                                    Benesch, Friedlander, Coplan & Aronoff LLP
                                                    200 Public Square, Suite 2300
                                                    Cleveland, Ohio 44114
                                                    T: 216-363-4178 F: 216-363-4588
                                                    dkrueger@beneschlaw.com
                                                    asallah@beneschlaw.com
                                                    *Attorneys for Defendant Kisling, Nestico & Redick, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing *Defendant Kisling, Nestico & Redick, LLC's Motion to Stay Proceedings* was filed electronically on November 13, 2017 in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all properly registered parties by operation of the Court's electronic case filing system.

      *s/ David M. Krueger*
*One of the Attorneys for Defendant Kisling,*
*Nestico & Redick, LLC*

10576983 v1