**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **FRANK LORD, et al.,** | ) | **CASE NO.  1:17 CV 1739** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **KISLING, NESTICO & REDICK, LLC.,** | ) | |
| **et al.,** | ) | |
| | ) | **ORDER** |
| **Defendants.** | ) | |

On December 18, 2017, Plaintiffs filed their First Amended Complaint, adding new party Plaintiff, Steven M. Katz, and including two additional statutory claims against Defendants. (Docket #15.)  Accordingly, Defendant, Kisling, Nestico & Redick, LLC's Motion to Dismiss (Docket #7) filed on November 13, 2017 is hereby DENIED AS MOOT.

Defendants may file an amended Motion to Dismiss no later than March 12, 2018. Plaintiffs' Response thereto shall be filed no later than March 26, 2018 and Defendants' Reply no later than April 5, 2018.  A status conference previously set for March 6, 2018 is hereby rescheduled for March 9, 2018 at 9:00 a.m.

IT IS SO ORDERED.

s/Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: February 23, 2018