IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FRANK LORD, et al., | ) CASE NO. 1:17 CV 1739 |
| Plaintiffs, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| KISLING, NESTICO & REDICK, LLC., et al., | ) |
| | ) **JUDGMENT** |
| Defendants. | ) |

For the reasons stated in the Memorandum Opinion and Order dated July 12, 2018 (Docket #39), the Motion to Dismiss Plaintiffs' First Amended Class Action Complaint filed by Defendant, Kisling, Nestico & Redick, LLC (Docket #31) is hereby GRANTED.

This case is hereby TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: September 5, 2018